IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT BECKWORTH, #09087-021                                    PETITIONER

v.                                    CIVIL ACTION NO. 5:08cv213DCB-MTP

BRUCE PEARSON, Warden                                           RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Robert Beckworth's Petition for a Writ of Habeas Corpus [1] should be denied and dismissed with prejudice regarding the jurisdictional issue, and dismissed without prejudice regarding all other issues. The Court further finds that the Petitioner's Motion for Revised Presentence Investigative Report [11] should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Robert Beckworth's Petition for a Writ of Habeas Corpus [1] is denied and dismissed with prejudice regarding the jurisdictional issue, and dismissed without prejudice regarding all other issues.

FURTHER ORDERED AND ADJUDGED that Petitioner's Motion for Revised Presentence Investigative Report [11] is denied.

SO ORDERED this the  22nd  day of March, 2010.

                                                 s/David Bramlette
                                                 UNITED STATES DISTRICT JUDGE